UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNVERFERTH MFG. CO., INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:13-cv-00097-TLS-CA N |
| | ) | |
| PAR-KAN CO. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**OPINION AND ORDER**

Pending and ripe before the Court are two motions.  First, Plaintiff, Unverferth

Manufacturing Company, Inc. ("Unverferth"), filed its Motion for Sanctions on January 14,

2014.  Defendant, Par-Kan Company ("Par-Kan"), filed its response in opposition on January 28,

2014.  The motion was ripe on February 7, 2014, when Unverferth filed its reply.  Second, the

parties filed a Joint Motion for Entry of Protective Order on April 24, 2014.  The Court

discussed both motions with the parties at a motion hearing on May 5, 2014.

**I.      Plaintiff's Motion for Sanctions, Doc. No. 46**

On May 15, 2014, the undersigned received a letter from Unverferth's counsel indicating

that the parties reached agreement on all issues related to Unverferth's motion for sanctions and

that the motion is consequently moot.  Therefore, the Court **DENIES AS MOOT** Unverferth's

motion for sanctions. [Doc. No. 46].

## II.     The Parties' Joint Motion for Protective Order, Doc. No. 56

In their motion, the parties presented two almost identical versions of a proposed protective order to the Court.  They agreed as to the vast majority of the provisions, but sought the Court's assistance in resolving their minor dispute as to which party should have the burden to file a motion in the event the party receiving discovery designated as confidential wished to challenge the designation.  As announced from the bench, the parties' proposed protective orders are defective regardless of the filing burden dispute because neither one included language explicitly allowing any party and any interested member of the public to challenge the sealing of particular documents, as required by the Seventh Circuit.  *See Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 946 (7th Cir. 1999).  As such, the Court **DENIES** the parties' motion **WITHOUT PREJUDICE**. [Doc. No. 56].

## III.     CONCLUSION

For the foregoing reasons, the Court **DENIES AS MOOT** Unverferth's motion for sanctions [Doc. No. 46].   Tthe Court **DIRECTS** the Clerk to file the attached letter.  In addition, the Court **DENIES WITHOUT PREJUDICE** the parties' motion for protective order [Doc. No. 56].  The parties may resubmit a motion for protective order with a proposed protective order that comports with the standards set forth in *Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 946 (7th Cir. 1999).

**SO ORDERED**

Dated this 16th Day of May, 2014.

 s/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge