UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNVERFERTH MFG. CO., INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO.: 3:13-CV-97-TLS |
| PAR-KAN CO., | ) ) ) |
| Defendant. | ) ) |

**OPINION AND ORDER**

On September 11, 2014, the parties filed a Notice of Settlement [ECF No. 83] that contained a request that the Court vacate the claim construction hearing scheduled for September 15, 2014. The Court being duly advised of the settlement between the parties VACATES the hearing scheduled for Monday September 15, 2014 at 1:00 PM.

SO ORDERED on September 12, 2014.

s/ Theresa L. Springmann
THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT
FORT WAYNE DIVISION